Exhibit H

## GRANOFF, WALKER & FORLENZA, P.C.
747 THIRD AVENUE, 4TH FLOOR
NEW YORK, NEW YORK 10017
PHONE: (212) 421-2111
FAX: (212) 421-3488
WWW.GWF747.COM

ELLEN M. WALKER
LEE A. FORLENZA

RAYMOND J. CARDINALI
THOMAS O. YORK

GARY O. GRANOFF, PLLC*
PAUL CREDITOR
COUNSEL
* ALSO ADMITTED IN FLORIDA

May 4, 2018

**<u>Via Certified Mail, Return Receipt Requested</u>**
Lomax Hacking Corp.
1655 Flatbush Avenue, Suite C1604
Brooklyn, New York 11210
Attention: Widmarck Paul,
President/Secretary

**<u>Via Certified Mail, Return Receipt Requested</u>**
Mr. Widmarck Paul
76-26 113th Street, Apt 3G
Forest Hills, New York 11375

**<u>Via Certified Mail, Return Receipt Requested</u>**
Mr. Widmarck Paul
1655 Flatbush Avenue, Suite C1604
Brooklyn, New York 11210

### NOTICE OF DEFAULT AND PUBLIC SECURITY AGREEMENT FORECLOSURE SALE AND AUCTION

Re: Popular Bank f/k/a Banco Popular North America as successor in interest to Doral Bank (the "Secured Party") vs. Lomax Hacking Corp. ("Debtor") and Widmarck Paul ("Guarantor")

PLEASE TAKE NOTICE that the Secured Party claims a true and valid security interest pursuant to Article 9 of the Uniform Commercial Code of the State of New York against certain collateral hereinafter described owned by Debtor. By reason of the Debtor's default in its obligations to the Secured Party in excess of a period of ten (10) days, the Secured Party accelerated its entire principal balance and accrued and unpaid interest, which is forthwith due and payable.

1. The amount of said debt as of May 1, 2018 due to the Secured Party is a principal balance, plus accrued and unpaid interest, late charges and other fees in the amount of $3,468,550.00, plus a per diem thereafter, and any additional attorney's fees, costs and expenses incurred in connection with this public foreclosure sale and auction, and that no part of said indebtedness has been paid although payment has been duly demanded by the Secured Party.

GRANOFF, WALKER & FORLENZA, P.C.

Lomax Hacking Corp.
Widmarck Paul
May 4, 2018
Page 2

      TAKE NOTICE, that final demand has been made upon you to pay the amount set forth above on or before May 25, 2018, failing which the Secured Party will proceed to sell the collateral at a public security agreement sale and auction to be conducted by WILLIAM E. MANNION, licensed auctioneer, NYC DCA License No. 796322 or MATTHEW D. MANNION, NYC DCA License No. 1434494.

      2.    The collateral in which the Secured Party has a security interest consists of the following:

> New York City taxi medallions numbers 4K65 and 4K66, including all medallion license rights and all other assets of Debtor (the "Medallions"). The estimated value of said collateral is $490,000.00.

      PLEASE TAKE FURTHER NOTICE that the Medallions and related items of equipment will be sold at a public security agreement foreclosure sale and auction on June 5, 2018 at 2:30 p.m. at the law offices of Granoff, Walker & Forlenza, P.C., 747 Third Avenue, Suite 4C, New York, New York 10017 or such adjourned date thereafter.

      The Secured Party further claims an additional security interest for costs, charges, expenses and legal services incurred in enforcing its security interests herein described.

      TAKE FURTHER NOTICE that if the proceeds of said sale are not sufficient to pay the balance due and owing to the Secured Party, plus interest to date of sale, together with all expenses incurred, the Debtor and Guarantor will be held liable for the deficiency remaining.

      You are entitled to an accounting of the unpaid indebtedness secured by the Medallions, which you may request by contacting the undersigned.

      The Secured Party reserves the right to bid and/or confirm this public sale and auction.

      The Medallions will be sold "as is", without representation or warranty of any kind. The sale is subject to the conditions set forth in certain Terms of Sale available upon request from the undersigned and such revisions thereto as may be announced at the start of the auction. The successful bidder at auction must pay a deposit of ten percent (10%) of the purchase price as follows: At the auction an official bank or certified check drawn to Granoff, Walker & Forlenza, P.C., attorneys for the Secured

GRANOFF, WALKER & FORLENZA, P.C.

Lomax Hacking Corp.
Widmarck Paul
May 4, 2018
Page 3

Party (the "Deposit").

    Note: Only bona fide bidders who exhibit the Deposit, the Secured Party, other lienholders and the Debtor will be permitted to participate in the auction.

    In accordance with the applicable terms of the Security Agreement by and between Debtor and the Secured Party dated March 21, 2014 and the Uniform Commercial Code, demand is hereby made upon you to forthwith surrender possession of the Medallions to the Secured Party
    and any other assets of the Debtor which were given as collateral pursuant to the Security Agreement.

                                       GRANOFF, WALKER & FORLENZA, P.C.,
                                       Attorneys for the Secured Party

                                       By: *[signature]*
                                           Lee A. Forlenza, a Principal

cc:    Counsel's Office - Owner's Section    Michelle Scotti, Vice President
       NYC Taxi and Limousine Commission    Popular Bank
       33 Beaver Street, 19th Floor                85 Broad Street, 10th Floor
       New York, New York 10004                   New York, New York 10004
       **Via Certified Mail, Return**                 **Via Electronic Mail**
       **Receipt Requested**

                                              NYC Department of Finance
       Lawrence R. Lonergan, Esq.              66 John Street, Room 104
       Woods Lonergan PLLC                         New York, NY 10038
       280 Madison Avenue, Suite 300          **Via Certified Mail, Return Receipt**
       New York, NY 10016                            **Requested**
       **Via Certified Mail, Return**
       **Receipt Requested**

**GRANOFF, WALKER & FORLENZA, P.C.**
747 THIRD AVENUE, 4TH FLOOR
NEW YORK, NEW YORK 10017
PHONE: (212) 421-2111
FAX: (212) 421-3488
WWW.GWF747.COM

ELLEN M. WALKER
LEE A. FORLENZA
_____
RAYMOND J. CARDINALI
THOMAS C. YORK

GARY C. GRANOFF, PLLC*
PAUL CREDITOR
COUNSEL
* ALSO ADMITTED IN FLORIDA

May 4, 2018

**_Via Certified Mail, Return Receipt Requested_**
Loup Hacking Corp.
1655 Flatbush Avenue, Suite C1604
Brooklyn, New York 11210
Attention: Widmarck Paul,
President/Secretary

**_Via Certified Mail, Return Receipt Requested_**
Mr. Widmarck Paul
76-26 113th Street, Apt 3G
Forest Hills, New York 11375

**_Via Certified Mail, Return Receipt Requested_**
Mr. Widmarck Paul
1655 Flatbush Avenue, Suite C1604
Brooklyn, New York 11210

NOTICE OF DEFAULT AND PUBLIC SECURITY
AGREEMENT FORECLOSURE SALE AND AUCTION

Re:   Popular Bank f/k/a Banco Popular North America as successor in interest to Doral Bank (the "Secured Party") vs. Loup Hacking Corp. ("Debtor") and Widmarck Paul ("Guarantor")

   PLEASE TAKE NOTICE that the Secured Party claims a true and valid security interest pursuant to Article 9 of the Uniform Commercial Code of the State of New York against certain collateral hereinafter described owned by Debtor. By reason of the Debtor's default in its obligations to the Secured Party in excess of a period of ten (10) days, the Secured Party accelerated its entire principal balance and accrued and unpaid interest, which is forthwith due and payable.

   1.   The amount of said debt as of May 1, 2018 due to the Secured Party is a principal balance, plus accrued and unpaid interest, late charges and other fees in the amount of $3,467,854.25, plus a per diem thereafter, and any additional attorney's fees, costs and expenses incurred in connection with this public foreclosure sale and auction, and that no part of said indebtedness has been paid although payment has been duly demanded by the Secured Party.

GRANOFF, WALKER & FORLENZA, P.C.

Loup Hacking Corp.
Widmarck Paul
May 4, 2018
Page 2

TAKE NOTICE, that final demand has been made upon you to pay the amount set forth above on or before May 25, 2018, failing which the Secured Party will proceed to sell the collateral at a public security agreement sale and auction to be conducted by WILLIAM E. MANNION, licensed auctioneer, NYC DCA License No. 796322 or MATTHEW D. MANNION, NYC DCA License No. 1434494.

2. The collateral in which the Secured Party has a security interest consists of the following:

> New York City taxi medallions numbers 6H63 and 6H74, including all medallion license rights and all other assets of Debtor (the "Medallions"). The estimated value of said collateral is $490,000.00.

PLEASE TAKE FURTHER NOTICE that the Medallions and related items of equipment will be sold at a public security agreement foreclosure sale and auction on June 5, 2018 at 2:30 p.m. at the law offices of Granoff, Walker & Forlenza, P.C., 747 Third Avenue, Suite 4C, New York, New York 10017 or such adjourned date thereafter.

The Secured Party further claims an additional security interest for costs, charges, expenses and legal services incurred in enforcing its security interests herein described.

TAKE FURTHER NOTICE that if the proceeds of said sale are not sufficient to pay the balance due and owing to the Secured Party, plus interest to date of sale, together with all expenses incurred, the Debtor and Guarantor will be held liable for the deficiency remaining.

You are entitled to an accounting of the unpaid indebtedness secured by the Medallions, which you may request by contacting the undersigned.

The Secured Party reserves the right to bid and/or confirm this public sale and auction.

The Medallions will be sold "as is", without representation or warranty of any kind. The sale is subject to the conditions set forth in certain Terms of Sale available upon request from the undersigned and such revisions thereto as may be announced at the start of the auction. The successful bidder at auction must pay a deposit of ten percent (10%) of the purchase price as follows: At the auction an official bank or

GRANOFF, WALKER & FORLENZA, P.C.

Loup Hacking Corp.
Widmarck Paul
May 4, 2018
Page 3

certified check drawn to Granoff, Walker & Forlenza, P.C., attorneys for the Secured Party (the "Deposit").

  Note: Only bona fide bidders who exhibit the Deposit, the Secured Party, other lienholders and the Debtor will be permitted to participate in the auction.

  In accordance with the applicable terms of the Security Agreement by and between Debtor and the Secured Party dated March 21, 2014 and the Uniform Commercial Code, demand is hereby made upon you to forthwith surrender possession of the Medallions to the Secured Party and any other assets of the Debtor which were given as collateral pursuant to the Security Agreement.

          GRANOFF, WALKER & FORLENZA, P.C.,
          Attorneys for the Secured Party

          By: _____
            Lee A. Forlenza, a Principal

cc: Counsel's Office - Owner's Section  Michelle Scotti, Vice President
   NYC Taxi and Limousine Commission Popular Bank
   33 Beaver Street, 19th Floor     85 Broad Street, 10th Floor
   New York, New York 10004     New York, New York 10004
   **Via Certified Mail, Return**      **Via Electronic Mail**
   **Receipt Requested**

   NYC Department of Finance     New York State Department of
   66 John Street, Room 104      Taxation and Finance
   New York, NY 10038        Attn: Office of Counsel
   **Via Certified Mail, Return**      Building 9
   **Receipt Requested**        W A Harriman Campus
                   Albany, NY 12227
   Lawrence R. Lonergan, Esq.     **Via Certified Mail, Return, Receipt**
   Woods Lonergan PLLC       **Requested**
   280 Madison Avenue, Suite 300
   New York, NY 10016
   **Via Certified Mail, Return**
   **Receipt Requested**

**GRANOFF, WALKER & FORLENZA, P.C.**
747 THIRD AVENUE, 4TH FLOOR
NEW YORK, NEW YORK 10017
PHONE: (212) 421-2111
FAX: (212) 421-3488
WWW.GWF747.COM

ELLEN M. WALKER
LEE A. FORLENZA
───────────────
RAYMOND J. CARDINALI
THOMAS C. YORK

GARY C. GRANOFF, PLLC*
PAUL CREDITOR
COUNSEL
* ALSO ADMITTED IN FLORIDA

May 4, 2018

**_Via Certified Mail, Return Receipt Requested_**
Topush Hacking Corp.
1655 Flatbush Avenue, Suite C1604
Brooklyn, New York 11210
Attention: Widmarck Paul,
President/Secretary

**_Via Certified Mail, Return Receipt Requested_**
Mr. Widmarck Paul
76-26 113th Street, Apt 3G
Forest Hills, New York 11375

**_Via Certified Mail, Return Receipt Requested_**
Mr. Widmarck Paul
1655 Flatbush Avenue, Suite C1604
Brooklyn, New York 11210

**NOTICE OF DEFAULT AND PUBLIC SECURITY
AGREEMENT FORECLOSURE SALE AND AUCTION**

Re:   Popular Bank f/k/a Banco Popular North America as successor in interest to Doral Bank (the "Secured Party") vs. Topush Hacking Corp. ("Debtor") and Widmarck Paul ("Guarantor")

PLEASE TAKE NOTICE that the Secured Party claims a true and valid security interest pursuant to Article 9 of the Uniform Commercial Code of the State of New York against certain collateral hereinafter described owned by Debtor. By reason of the Debtor's default in its obligations to the Secured Party in excess of a period of ten (10) days, the Secured Party accelerated its entire principal balance and accrued and unpaid interest, which is forthwith due and payable.

1.   The amount of said debt as of May 1, 2018 due to the Secured Party is a principal balance, plus accrued and unpaid interest, late charges and other fees in the amount of $3,466,436.92, plus a per diem thereafter, and any additional attorney's fees, costs and expenses incurred in connection with this public foreclosure sale and auction, and that no part of said indebtedness has been paid although payment has been duly demanded by the Secured Party.

GRANOFF, WALKER & FORLENZA, P.C.

Topush Hacking Corp.
Widmarck Paul
May 4, 2018
Page 2

TAKE NOTICE, that final demand has been made upon you to pay the amount set forth above on or before May 25, 2018, failing which the Secured Party will proceed to sell the collateral at a public security agreement sale and auction to be conducted by WILLIAM E. MANNION, licensed auctioneer, NYC DCA License No. 796322 or MATTHEW D. MANNION, NYC DCA License No. 1434494.

2. The collateral in which the Secured Party has a security interest consists of the following:

> New York City taxi medallions numbers 7V56 and 7V57, including all medallion license rights and all other assets of Debtor (the "Medallions"). The estimated value of said collateral is $490,000.00.

PLEASE TAKE FURTHER NOTICE that the Medallions and related items of equipment will be sold at a public security agreement foreclosure sale and auction on June 5, 2018 at 2:30 p.m. at the law offices of Granoff, Walker & Forlenza, P.C., 747 Third Avenue, Suite 4C, New York, New York 10017 or such adjourned date thereafter.

The Secured Party further claims an additional security interest for costs, charges, expenses and legal services incurred in enforcing its security interests herein described.

TAKE FURTHER NOTICE that if the proceeds of said sale are not sufficient to pay the balance due and owing to the Secured Party, plus interest to date of sale, together with all expenses incurred, the Debtor and Guarantor will be held liable for the deficiency remaining.

You are entitled to an accounting of the unpaid indebtedness secured by the Medallions, which you may request by contacting the undersigned.

The Secured Party reserves the right to bid and/or confirm this public sale and auction.

The Medallions will be sold "as is", without representation or warranty of any kind. The sale is subject to the conditions set forth in certain Terms of Sale available upon request from the undersigned and such revisions thereto as may be announced at the start of the auction. The successful bidder at auction must pay a deposit of ten percent (10%) of the purchase price as follows: At the auction an official bank or

GRANOFF, WALKER & FORLENZA, P.C.

Topush Hacking Corp.
Widmarck Paul
May 4, 2018
Page 3

certified check drawn to Granoff, Walker & Forlenza, P.C., attorneys for the Secured Party (the "Deposit").

    Note: Only bona fide bidders who exhibit the Deposit, the Secured Party, other lienholders and the Debtor will be permitted to participate in the auction.

    In accordance with the applicable terms of the Security Agreement by and between Debtor and the Secured Party dated March 21, 2014 and the Uniform Commercial Code, demand is hereby made upon you to forthwith surrender possession of the Medallions to the Secured Party and any other assets of the Debtor which were given as collateral pursuant to the Security Agreement.

                                      GRANOFF, WALKER & FORLENZA, P.C.,
                                      Attorneys for the Secured Party

                                      By: _____
                                          Lee A. Forlenza, a Principal

cc:    Counsel's Office - Owner's Section    Michelle Scotti, Vice President
       NYC Taxi and Limousine Commission    Popular Bank
       33 Beaver Street, 19th Floor    85 Broad Street, 10th Floor
       New York, New York 10004    New York, New York 10004
       **Via Certified Mail, Return**    **Via Electronic Mail**
       **Receipt Requested**

       NYC Department of Finance    New York State Department of
       66 John Street, Room 104    Taxation and Finance
       New York, NY 10038    Attn: Office of Counsel
       **Via Certified Mail, Return**    Building 9
       **Receipt Requested**    W A Harriman Campus
                                             Albany, NY 12227
       Lawrence R. Lonergan, Esq.    **Via Certified Mail, Return, Receipt**
       Woods Lonergan PLLC    **Requested**
       280 Madison Avenue, Suite 300
       New York, NY 10016
       **Via Certified Mail, Return**
       **Receipt Requested**

# GRANOFF, WALKER & FORLENZA, P.C.
747 THIRD AVENUE, 4TH FLOOR
NEW YORK, NEW YORK 10017
PHONE: (212) 421-2111
FAX: (212) 421-3488
WWW.GWF747.COM

ELLEN M. WALKER
LEE A. FORLENZA

RAYMOND J. CARDINALI
THOMAS C. YORK

GARY O. GRANOFF, PLLC*
PAUL CREDITOR
COUNSEL
* ALSO ADMITTED IN FLORIDA

May 4, 2018

**_Via Certified Mail, Return Receipt Requested_**
Phanero Hacking Corp.
1655 Flatbush Avenue, Suite C1604
Brooklyn, New York 11210
Attention: Widmarck Paul,
President/Secretary

**_Via Certified Mail, Return Receipt Requested_**
Mr. Widmarck Paul
76-26 113th Street, Apt 3G
Forest Hills, New York 11375

**_Via Certified Mail, Return Receipt Requested_**
Mr. Widmarck Paul
1655 Flatbush Avenue, Suite C1604
Brooklyn, New York 11210

## NOTICE OF DEFAULT AND PUBLIC SECURITY AGREEMENT FORECLOSURE SALE AND AUCTION

Re:   Popular Bank f/k/a Banco Popular North America as successor in interest to Doral Bank (the "Secured Party") vs. Phanero Hacking Corp. ("Debtor") and Widmarck Paul ("Guarantor")

     PLEASE TAKE NOTICE that the Secured Party claims a true and valid security interest pursuant to Article 9 of the Uniform Commercial Code of the State of New York against certain collateral hereinafter described owned by Debtor. By reason of the Debtor's default in its obligations to the Secured Party in excess of a period of ten (10) days, the Secured Party accelerated its entire principal balance and accrued and unpaid interest, which is forthwith due and payable.

     1.    The amount of said debt as of May 1, 2018 due to the Secured Party is a principal balance, plus accrued and unpaid interest, late charges and other fees in the amount of $3,464,166.75, plus a per diem thereafter, and any additional attorney's fees, costs and expenses incurred in connection with this public foreclosure sale and auction, and that no part of said indebtedness has been paid although payment has been duly demanded by the Secured Party.

GRANOFF, WALKER & FORLENZA, P.C.

Phanero Hacking Corp.
Widmarck Paul
May 4, 2018
Page 2

  TAKE NOTICE, that final demand has been made upon you to pay the amount set forth above on or before May 25, 2018, failing which the Secured Party will proceed to sell the collateral at a public security agreement sale and auction to be conducted by WILLIAM E. MANNION, licensed auctioneer, NYC DCA License No. 796322 or MATTHEW D. MANNION, NYC DCA License No. 1434494.

  2. The collateral in which the Secured Party has a security interest consists of the following:

> New York City taxi medallions numbers 6K23 and 6K24, including all medallion license rights and all other assets of Debtor (the "Medallions"). The estimated value of said collateral is $490,000.00.

  PLEASE TAKE FURTHER NOTICE that the Medallions and related items of equipment will be sold at a public security agreement foreclosure sale and auction on June 5, 2018 at 2:30 p.m. at the law offices of Granoff, Walker & Forlenza, P.C., 747 Third Avenue, Suite 4C, New York, New York 10017 or such adjourned date thereafter.

  The Secured Party further claims an additional security interest for costs, charges, expenses and legal services incurred in enforcing its security interests herein described.

  TAKE FURTHER NOTICE that if the proceeds of said sale are not sufficient to pay the balance due and owing to the Secured Party, plus interest to date of sale, together with all expenses incurred, the Debtor and Guarantor will be held liable for the deficiency remaining.

  You are entitled to an accounting of the unpaid indebtedness secured by the Medallions, which you may request by contacting the undersigned.

  The Secured Party reserves the right to bid and/or confirm this public sale and auction.

  The Medallions will be sold "as is", without representation or warranty of any kind. The sale is subject to the conditions set forth in certain Terms of Sale available upon request from the undersigned and such revisions thereto as may be announced at the start of the auction. The successful bidder at auction must pay a deposit of ten percent (10%) of the purchase price as follows: At the auction an official bank or

GRANOFF, WALKER & FORLENZA, P.C.

Phanero Hacking Corp.
Widmarck Paul
May 4, 2018
Page 3

certified check drawn to Granoff, Walker & Forlenza, P.C., attorneys for the Secured Party (the "Deposit").

    Note: Only bona fide bidders who exhibit the Deposit, the Secured Party, other lienholders and the Debtor will be permitted to participate in the auction.

    In accordance with the applicable terms of the Security Agreement by and between Debtor and the Secured Party dated March 21, 2014 and the Uniform Commercial Code, demand is hereby made upon you to forthwith surrender possession of the Medallions to the Secured Party and any other assets of the Debtor which were given as collateral pursuant to the Security Agreement.

                                 GRANOFF, WALKER & FORLENZA, P.C.,
                                 Attorneys for the Secured Party

                               By: _____
                                 Lee A. Forlenza, a Principal

cc:   Counsel's Office - Owner's Section      Michelle Scotti, Vice President
      NYC Taxi and Limousine Commission  Popular Bank
      33 Beaver Street, 19th Floor              85 Broad Street, 10th Floor
      New York, New York 10004                New York, New York 10004
      **Via Certified Mail, Return**              **Via Electronic Mail**
      **Receipt Requested**

      NYC Department of Finance              New York State Department of
      66 John Street, Room 104                Taxation and Finance
      New York, NY 10038                       Attn: Office of Counsel
      **Via Certified Mail, Return**              Building 9
      **Receipt Requested**                         W A Harriman Campus
                                              Albany, NY 12227
      Lawrence R. Lonergan, Esq.             **Via Certified Mail, Return, Receipt**
      Woods Lonergan PLLC                     **Requested**
      280 Madison Avenue, Suite 300
      New York, NY 10016
      **Via Certified Mail, Return**
      **Receipt Requested**

# GRANOFF, WALKER & FORLENZA, P.C.
### 747 THIRD AVENUE, 4TH FLOOR
### NEW YORK, NEW YORK 10017
### PHONE: (212) 421-9111
### FAX: (212) 421-3488
### WWW.GWF747.COM

ELLEN M. WALKER
LEE A. FORLENZA

RAYMOND J. CARDINALI
THOMAS O. YORK

GARY O. GRANOFF, PLLC*
PAUL CREDITOR
COUNSEL
* ALSO ADMITTED IN FLORIDA

May 4, 2018

***Via Certified Mail, Return Receipt Requested***
Sice Mois Hacking Corp.
1655 Flatbush Avenue, Suite C1604
Brooklyn, New York 11210
Attention: Widmarck Paul,
President/Secretary

***Via Certified Mail, Return Receipt Requested***
Mr. Widmarck Paul
76-26 113th Street, Apt 3G
Forest Hills, New York 11375

***Via Certified Mail, Return Receipt Requested***
Mr. Widmarck Paul
1655 Flatbush Avenue, Suite C1604
Brooklyn, New York 11210

## NOTICE OF DEFAULT AND PUBLIC SECURITY AGREEMENT FORECLOSURE SALE AND AUCTION

Re: Popular Bank f/k/a Banco Popular North America as successor in interest to Doral Bank (the "Secured Party") vs. Sice Mois Hacking Corp. ("Debtor") and Widmarck Paul ("Guarantor")

PLEASE TAKE NOTICE that the Secured Party claims a true and valid security interest pursuant to Article 9 of the Uniform Commercial Code of the State of New York against certain collateral hereinafter described owned by Debtor. By reason of the Debtor's default in its obligations to the Secured Party in excess of a period of ten (10) days, the Secured Party accelerated its entire principal balance and accrued and unpaid interest, which is forthwith due and payable.

1. The amount of said debt as of May 1, 2018 due to the Secured Party is a principal balance, plus accrued and unpaid interest, late charges and other fees in the amount of $3,467,854.25, plus a per diem thereafter, and any additional attorney's fees, costs and expenses incurred in connection with this public foreclosure sale and auction, and that no part of said indebtedness has been paid although payment has been duly demanded by the Secured Party.

GRANOFF, WALKER & FORLENZA, P.C.

Sice Mois Hacking Corp.
Widmarck Paul
May 4, 2018
Page 2

      TAKE NOTICE, that final demand has been made upon you to pay the amount set forth above on or before May 25, 2018, failing which the Secured Party will proceed to sell the collateral at a public security agreement sale and auction to be conducted by WILLIAM E. MANNION, licensed auctioneer, NYC DCA License No. 796322 or MATTHEW D. MANNION, NYC DCA License No. 1434494.

      2.    The collateral in which the Secured Party has a security interest consists of the following:

> New York City taxi medallions numbers 4V20 and 4V21, including all medallion license rights and all other assets of Debtor (the "Medallions"). The estimated value of said collateral is $490,000.00.

      PLEASE TAKE FURTHER NOTICE that the Medallions and related items of equipment will be sold at a public security agreement foreclosure sale and auction on June 5, 2018 at 2:30 p.m. at the law offices of Granoff, Walker & Forlenza, P.C., 747 Third Avenue, Suite 4C, New York, New York 10017 or such adjourned date thereafter.

      The Secured Party further claims an additional security interest for costs, charges, expenses and legal services incurred in enforcing its security interests herein described.

      TAKE FURTHER NOTICE that if the proceeds of said sale are not sufficient to pay the balance due and owing to the Secured Party, plus interest to date of sale, together with all expenses incurred, the Debtor and Guarantor will be held liable for the deficiency remaining.

      You are entitled to an accounting of the unpaid indebtedness secured by the Medallions, which you may request by contacting the undersigned.

      The Secured Party reserves the right to bid and/or confirm this public sale and auction.

      The Medallions will be sold "as is", without representation or warranty of any kind. The sale is subject to the conditions set forth in certain Terms of Sale available upon request from the undersigned and such revisions thereto as may be announced at the start of the auction. The successful bidder at auction must pay a deposit of ten percent (10%) of the purchase price as follows: At the auction an official bank or

GRANOFF, WALKER & FORLENZA, P.C.

Sice Mois Hacking Corp.
Widmarck Paul
May 4, 2018
Page 3

certified check drawn to Granoff, Walker & Forlenza, P.C., attorneys for the Secured Party (the "Deposit").

    Note: Only bona fide bidders who exhibit the Deposit, the Secured Party, other lienholders and the Debtor will be permitted to participate in the auction.

    In accordance with the applicable terms of the Security Agreement by and between Debtor and the Secured Party dated March 21, 2014 and the Uniform Commercial Code, demand is hereby made upon you to forthwith surrender possession of the Medallions to the Secured Party and any other assets of the Debtor which were given as collateral pursuant to the Security Agreement.

                                    GRANOFF, WALKER & FORLENZA, P.C.,
                                    Attorneys for the Secured Party

                                    By: _____
                                        Lee A. Forlenza, a Principal

cc:

| | |
|---|---|
| Counsel's Office - Owner's Section<br>NYC Taxi and Limousine Commission<br>33 Beaver Street, 19th Floor<br>New York, New York 10004<br>**Via Certified Mail, Return Receipt Requested** | Michelle Scotti, Vice President<br>Popular Bank<br>85 Broad Street, 10th Floor<br>New York, New York 10004<br>**Via Electronic Mail** |
| NYC Department of Finance<br>66 John Street, Room 104<br>New York, NY 10038<br>**Via Certified Mail, Return Receipt Requested** | New York State Department of Taxation and Finance<br>Attn: Office of Counsel<br>Building 9<br>W A Harriman Campus<br>Albany, NY 12227<br>**Via Certified Mail, Return, Receipt Requested** |
| Lawrence R. Lonergan, Esq.<br>Woods Lonergan PLLC<br>280 Madison Avenue, Suite 300<br>New York, NY 10016<br>**Via Certified Mail, Return Receipt Requested** | |